IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHIRE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APOTEX INC., APOTEX CORP., and APOTEX PHARMACEUTICAL HOLDINGS INC.,<br><br>    Defendants. | Civil Action No.: 2:08-cv-265-DF |

### ORDER

On this day came to be considered Defendants Apotex, Inc., Apotex Corp., and Apotex Pharmaceutical Holdings, Inc. Unopposed Motion for Additional Redactions and the Court being of like opinion that Defenants' motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED, and DECREED that the following portions of the December 10, 2008 hearing transcript will be redacted and unavailable for public review:

| Beginning | End |
|---|---|
| 6:3 | 6:4 |
| 6:8 | 6:9 |
| 9:25 | 10:18 |
| 14:20 | 15:7 |
| 15:12 | 16:10 |
| 16:15 | 16:23 |
| 17:19 | 17:25 |
| 18:13 | 18:14 |
| 20:19 | 20:21 |
| 26:19 | 28:9 |
| 29.25 | 30:6 |
| 30:11 | 30:18 |
| 31:9 | 31:18 |
| 32:8 | 33:1 |
| 39:11 | 39:19 |

SIGNED this 23rd day of January, 2009.

                                                                         DAVID FOLSOM